# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE ARDDS,<br><br>    Plaintiff,<br><br>    v.<br><br>HICKS,<br><br>    Defendant. | Case No. 1:24-cv-052-SAB (PC)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**<br><br>(ECF No. 15) |

The Court conducted a settlement conference in this action on September 24, 2024, at which the parties reached a settlement agreement and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:   **September 24, 2024**          /s/ *Barbara A. McAuliffe*          _
                                         UNITED STATES MAGISTRATE JUDGE